**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL SUPERMARKET ASSOCIATION, R&E CORPORATION, AND THE REAL CHANCE, INC.,<br>*Plaintiffs,*<br><br>-against-<br><br>THE CITY OF NEW YORK and THE NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION,<br><br>*Defendants.* | Civil Action No.: 26-cv-7729 |

**<u>NOTICE OF MOTION FOR PRELIMINARY INJUNCTION</u>**

**PLEASE TAKE NOTICE** that, upon the Declaration of Richard P. Lawson, dated September 9, 2026, with exhibits, the Declaration of Rafael Nunez, dated September 8, 2026, the Declaration of Jerry Nunez, dated September 4, 2026, the Declaration of Anthony Pena, dated September 8, 2026, the Expert Declaration of Abraham Kaner, dated September 8, 2026, with exhibits, and the accompanying Memorandum of Law in Support of Motion for a Preliminary Injunction, dated September 9, 2026, plaintiffs National Supermarket Association, R&E Corporation, The Real Chance, Inc. d/b/a City Fresh Supermarket, by and through their undersigned counsel, hereby move this Court, as soon as counsel may be heard, at a time and place to be set by the Court, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to Federal Rule of Civil Procedure 65, for an order: (1) directing defendants The City of New York and The New York City Economic Development Corporation to extend the current deadline for requests for proposals for the "N.Y.C. Grocery" program from October 16, 2026 to a date thirty (30) days after the Court's final ruling on the

Complaint,; (2) waiving the Rule 65(c) bond; and (3) granting such other and further relief as may be necessary to preserve the status quo pending the Court's final ruling on the Complaint.

Dated: September 9, 2026

By: */S/ Richard P. Lawson*
Richard P. Lawson
AMERICA FIRST POLICY INSTITUTE
1455 Pennsylvania Ave., N.W., Suite 225
Washington, D.C. 20004
Telephone: 703-637-3690
rlawson@americafirstpolicy.com

- and -

By: */S/ Eric R. Levine*
Eric R. Levine
Eric P. Heichel
EISEMAN LEVINE LEHRHAUPT
& KAKOYIANNIS, P.C.
805 Third Avenue, 10th Floor
New York, New York 10022
212-752-1000
elevine@eisemanlevine.com
eheichel@eisemanlevine.com

*Attorneys for Plaintiffs*