UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL SUPERMARKET ASSOCIATION, R&E CORPORATION, and THE REAL CHANCE, INC.,

Plaintiffs,

-against-

THE CITY OF NEW YORK and THE NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION,

Defendants.

Case No. 1:26-cv-07729 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiffs' motion for a preliminary injunction, dated September 9, 2026. *See* Dkt. 8 (the "PI Motion").

IT IS HEREBY ORDERED that Plaintiffs shall serve on Defendants all public filings in the above-captioned case, including the Complaint, PI Motion, and this Order, and shall file proof of such service on ECF by **September 15, 2026, at 2:00 p.m.**

IT IS FURTHER ORDERED that the parties shall comply with the Court's Individual Rules of Practice in Civil Cases, available at this link, https://www.nysd.uscourts.gov/hon jennifer-l-rochon.

IT IS FURTHER ORDERED that the parties shall appear for a remote video conference to discuss the PI Motion and scheduling on **September 17, 2026, at 2:30 p.m.**

IT IS FURTHER ORDERED that the parties shall file a joint letter on ECF by **September 16, 2026, at 2:00 p.m.**, with the name, phone number, and email address of counsel who expect to appear at the conference. The parties will receive login credentials at the email

addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 401 864 594#.

Dated: September 10, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge