**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**RICHARD SCHULSOHN**
*Chief of Commercial Law*
phone: (212) 356-2046
fax: (212) 356-2088
rschulso@law.nyc.gov

September 18, 2026

**By ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: National Supermarket Association, et al. v. The City of New York, et al.
1:26-cv-07729-JLR – Joint Letter

Dear Judge Rochon:

Defendants the City of New York (the "City") and the New York City Economic Development Corporation ("EDC"), along with Plaintiffs National Supermarket Association, R&E Corporation, and the Real Chance ("Plaintiffs," and together with Defendants, the "parties") respectfully submit this joint letter in the above-referenced action.

The parties write to provide the Court with confirmation on the briefing schedule, as discussed at the scheduling conference yesterday, and to jointly request the following deadlines to be "so ordered" by the Court:

- (a) Plaintiffs' deadline to file an amended motion for preliminary injunction: September 22, 2026;
- (b) Defendants' deadline to file opposition to Plaintiffs' motion for a preliminary injunction: October 9, 2026;
- (c) Plaintiffs' deadline to file reply to motion for a preliminary injunction: October 23, 2026;
- (d) Oral argument on Plaintiffs' motion for a preliminary injunction: November 12, 2026 at 2:00 p.m.;
- (e) Defendants' deadline to answer, move or otherwise respond to Complaint: 30 days after the Court's decision on the preliminary injunction motion is issued.

As also discussed at the scheduling conference, in the event Plaintiffs' motion for a preliminary injunction is granted, proposers can withdraw their proposals prior to award (which award will not be issued prior to December 1, 2026).

We thank the Court for its attention to this matter.

Respectfully submitted,

By: [signature]

Richard Schulsohn (rschulso@law.nyc.gov)
Amanda Papandrea (apapandr@law.nyc.gov)
Blake Ahlberg (bahlberg@law.nyc.gov)
Daniel Crandall (dcrandal@law.nyc.gov)
Elisa Lee (ellee@law.nyc.gov)

Steven Banks, Corporation Counsel
100 Church Street, 3rd Floor
New York, New York 10007
(212) 356-2532
*Attorneys for Defendants*

By: ___________/s_______________

Eric P. Heichel (eheichel@eisemanlevine.com)
Eric R. Levine (elevine@eisemanlevine.com)

Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue, 10th Floor
New York, NY 10022
(212) 752-1000

By: __________/s________________

Richard Polk Lawson (rlawson@americafirstpolicy.com)

America First Policy Institute
1455 Pennsylvania Ave NW Ste 500
Washington, DC 20004
813-952-8882
*Attorneys for Plaintiffs*

SO ORDERED.

Dated:
New York, New York

_______________________________
Jennifer L. Rochon
United States District Judge