**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL SUPERMARKET ASSOCIATION, R&E CORPORATION, AND THE REAL CHANCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF NEW YORK and THE NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION,<br>Defendants. | Case No. 26-cv-7729 (JLR) |

**NOTICE OF MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the proposed amicus brief attached as Exhibit A, and all prior pleadings and proceedings herein, proposed *amici curiae* the Community Service Society and Neighbors Together, by their undesigned attorneys, will move this Court, before the Honorable Jennifer L. Rochon at the United States Courthouse at 500 Pearl Street, New York, New York, at a date and time to be designated by the Court, for an order a) granting them leave to file the attached *amicus curiae* brief in opposition to Plaintiffs' motion to for a preliminary injunction, and b) granting any other relief that the Court deems just and proper.

Counsel for Defendants has consented to the relief sought in this motion and counsel for Plaintiffs has stated that they do not oppose the motion.

Dated: October 9, 2026
New York, NY

Respectfully submitted,

*/s/ Maxwell P. Deabler-Meadows*

QUINN EMANUEL URQUHART &
SULLIVAN LLP
Sami H. Rashid
Maxwell P. Deabler-Meadows
295 Fifth Avenue
New York, NY 10016
Tel: 212-849-7085
samirashid@quinnemanuel.com
maxmeadows@quinnemanuel.com

THE LEGAL AID SOCIETY
Judith Goldiner, Esq., Attorney in Charge,
Civil Law Reform Unit
Edward Josephson, Director
Civil Law Reform Unit
Robert Desir, of counsel
49 Thomas Street, 5th floor
New York, NY 10038
Tel: 212-577-5221
ejosephson@legal-aid.org

*Attorneys for the Community Service Society, and Neighbors Together*

To:
All counsel of record
*Via ECF*