# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NATIONAL SUPERMARKET ASSOCIATION, R&E CORPORATION, AND THE REAL CHANCE, INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE CITY OF NEW YORK and THE NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION,**<br><br>**Defendants.** | **Case No. 26-cv-7729 (JLR)**<br><br>**DECLARATION OF DENNY MARSH IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** |

I, Denny Marsh, being duly sworn, depose and state as follows:

1. I am the Executive Director of Neighbors Together, a nonprofit organization located in Brooklyn, New York. I have served in that capacity since 2011. I make this declaration based upon my personal knowledge and in support of the proposed amici curiae's motion for leave to file an amicus brief.
2. Neighbors Together was founded in 1982, by a group of Catholic nuns and local residents who recognized that increasing numbers of people in central Brooklyn were unable to meet their basic needs. For more than forty years, Neighbors Together has worked to combat hunger and poverty in the neighborhoods of Ocean Hill, Brownsville, and Bedford-Stuyvesant, among the lowest-income communities in New York City.
3. Neighbors Together is a member-led organization. Our programs, services, and advocacy are driven by the needs identified by the people we serve. We believe that every person deserves access to nutritious food, stable income, safe and affordable housing, quality

health care, and the opportunity to participate in shaping the policies that affect their lives.

4. We address hunger and poverty through a combination of direct services, social services, and community organizing. We operate a Community Café that provides free, nutritious meals, offers housing and benefits advocacy through our Empowerment Program, and engages members in campaigns designed to address the systemic causes of hunger and poverty.
5. Since 2020, our Community Café has provided more than 450,000 nutritious meals to more than 40,000 men, women, and children experiencing food insecurity. We currently serve approximately 120,000 meals each year, averaging more than 700 meals each day, and assist approximately 12,000 individuals annually.
6. Through our Empowerment Program, we have provided life-stabilizing services to more than 1,300 members, including housing advocacy for more than 700 individuals and families, and have successfully helped place more than 100 households into safe, affordable, permanent housing despite New York City's severe housing affordability crisis.
7. Over the past several years, Neighbors Together has seen a significant increase in the number of people seeking assistance with food and other basic needs. The affordable housing crisis, sustained inflation, rising food prices, the continuing impacts of the COVID-19 pandemic, and other economic pressures have all contributed to increased demand for our services.
8. We have seen particularly large increases among housed seniors living on fixed incomes, individuals and families residing in shelters, and households with children. The number

of people relying on our food program has nearly doubled since 2019, up from 300-400 meals per day to over 700 meals per day. The increase among seniors has been particularly notable, with the number of seniors eating at our Community Café more than doubling since 2020, rising from 7% to 15% of Café participants. These trends reflect the growing impact of rising food costs and economic pressure on vulnerable members of our community.

9. Every week, we see individuals and families come through our doors who are trying to make impossible choices. Many of the people who seek assistance from Neighbors Together are not without income; rather, their income is simply not enough to cover the basic costs of living in New York City. They tell us that after paying rent, utilities, transportation costs, and medical expenses, there is little money left for groceries.

10. I have personally observed more and more people turning to our Community Café and food pantry not because they lack the desire or ability to provide for themselves, but because the cost of food has increased beyond what their household budgets can absorb. Between FY 19 and FY 26, we have seen a 108% increase in the number of children we serve in the Community Café, reflecting the growing number of families who are struggling to meet their basic food needs. Seniors living on fixed incomes, working families, and parents with children frequently tell us that they are forced to stretch food supplies, skip meals, or rely on emergency food assistance before the end of each month.

11. Hunger is often an early warning sign of deeper instability. In our experience, when individuals and families cannot afford adequate food, they are often also struggling with housing insecurity, medical needs, unemployment, or other circumstances that threaten their ability to remain stable.

12. We have also witnessed the effects of reductions in their Supplemental Nutrition Assistance Program ("SNAP") benefits. Many of our members have reported that their SNAP benefits no longer last through the month or that the amount they receive is insufficient to purchase the groceries their households need. As a result, more individuals and families have sought emergency food assistance from Neighbors Together.
13. The impact of reduced food assistance is particularly visible at our Community Café. We see people who previously relied on SNAP benefits to supplement their grocery budgets now seeking meals and other food assistance more frequently. Families who once could manage their monthly food expenses are increasingly finding themselves unable to bridge the gap between available resources and the cost of groceries.
14. We have also seen that food insecurity does not affect only those who are unemployed or unhoused. Many of the people we serve are working, elderly, or living in stable housing, but the rising cost of food has made it increasingly difficult for them to maintain a sufficient and nutritious diet.
15. At the same time that demand for our services has increased, the cost of providing those services has also risen significantly. The prices we pay for food, kitchen supplies, and other necessities have increased substantially. This has made it more difficult for us to meet the growing need for our services.
16. The economic pressures facing low-income households are reflected in the daily experiences of the people we serve. Rising grocery prices force families to make difficult decisions about which necessities they can afford. The smallest increases in food costs can have significant consequences for households already living with limited resources.

17. Based on more than four decades of serving food-insecure New Yorkers, Neighbors Together has developed extensive experience regarding the relationship between food affordability and household stability. We see firsthand that access to affordable, nutritious food can allow families to devote limited resources to other essential needs such as housing, health care, and transportation.
18. The issues presented in this matter directly affect the communities Neighbors Together serves. Because of our longstanding experience working with people experiencing food insecurity, we believe our perspective may assist the Court in understanding the real-world consequences of barriers to affordable grocery access.
19. Neighbors Together seeks to participate as amicus curiae so that the Court may benefit from the perspective of a frontline organization that has spent more than forty years addressing hunger and poverty in Brooklyn and that witnesses every day the challenges faced by New Yorkers struggling to afford food.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October 8, 2026,

Brooklyn, New York.

Denise Marsh
______________________________
Denise (Denny) Marsh