**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONAL SUPERMARKET ASSOCIATION, R&E CORPORATION, AND THE REAL CHANCE, INC.,

Plaintiffs,

v.

THE CITY OF NEW YORK and THE NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION,

Defendants.

Case No. 26-cv-7729 (JLR)

**ORDER**

The Community Service Society and Neighbors Together have moved for leave to file an amicus brief in opposition to Plaintiffs' motion for a preliminary injunction.

It is hereby ordered that the motion is GRANTED.

IT IS SO ORDERED.

Date: October 13, 2026
New York, New York

Jennifer Rochon
Hon. Jennifer L. Rochon
United States District Judge